relief and plaintiff has failed to present sufficient allegations under *Iqbal*.  "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Iqbal*, 556 U.S., at 678.  Plaintiff is currently in a single cell and has been provided mental health treatment with a clinician, medication, and the alternative to violence program.  He has failed to show that defendants have been deliberately indifferent to his mental health needs based on the care that is being provided.[1]  Further, plaintiff currently has the single cell assignment which he seeks through this action, and the court cannot grant permanent injunctive relief absent the showing of a current violation of federal law.  *See* 18 U.S.C. § 3626(a)(1) ( court must find that the prospective relief is "narrowly drawn, extends no further than necessary to correct the violation of the Federal right, and is the least intrusive means necessary to correct the violation of the Federal right," before granting injunctive relief).

As plaintiff has already been provided several opportunities to amend, and because further amendment would be futile, this action is dismissed with prejudice.

## CONCLUSION

1.  This case is **DISMISSED** with prejudice for failure to state a claim on which relief can be granted.

2.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 14, 2015.

NANDOR J. VADAS
United States Magistrate Judge

---

[1] Plaintiff has also failed to identify the actions on any specific defendant.

4